UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRITNEY GOOCH, et al., | Case No. 2:14-cv-02189-APG-PAL |
| Plaintiffs, | ORDER |
| v. | |
| LAS VEGAS BISTRO, LLC, | |
| Defendant. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that the Settlement Conference currently scheduled for October 11, 2017, at 9:30 a.m. is **VACATED** and **CONTINUED** to <u>9:30 a.m. October 25, 2017</u>.  Confidential settlement statements shall be due no later than 4:00 p.m. October 18, 2017.  All other instructions within the original Order Setting Settlement Conference (ECF No. 58) shall remain in effect.

DATED this 18th day of August, 2017.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1