Matthew J. Hoffer, MI Bar No. P70495
Matt@BradShaferLaw.com
SHAFER & ASSOCIATES, P.C.
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
Tel: (517) 886-6560
Fax: (517) 886-6565
*Admitted Pro Hac Vice*

Jessica L. Liss, MO Bar No. 51331
jessica.liss@jacksonlewis.com
**JACKSON LEWIS P.C.**
7733 Forsyth Blvd., Suite 600
St. Louis, Missouri 63105
Tel: (314) 827-3950
Fax: (314) 827-3940
*Admitted Pro Hac Vice*

Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Las Vegas Bistro, LLC dba Larry Flynt's Hustler Club*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITNEY GOOCH, individually; and THOMAS IMPASTATO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS BISTRO, LLC dba LARRY FLYNT'S HUSTLER CLUB, a Nevada limited liability company; DOES I-X; and ROE BUSINESS ENTITITES I-X, inclusive,<br><br>Defendants. | Case No. 2:14-cv-02189-APG-PAL<br><br>**STIPULTION TO EXTEND DEADLINE TO FILE MOTIONS *IN LIMINE*** |

Defendant Las Vegas Bistro, LLC dba Larry Flynt's Hustler Club (hereinafter "Bistro"), and Plaintiffs Britney Gooch ("Gooch") and Thomas Impastato ("Impastato"), by and through

their counsel of record are continuing discussions regarding possible resolution and/or consent to a magistrate. The parties understand that given the Court's calendar and several criminal cases that are scheduled for trial in January 2018, it is unlikely the trial in this matter will occur during the Court's January 8, 2018 trial stack. Accordingly, the parties hereby stipulate, agree, and move this court for an order that extends the deadline to file motions *in limine* an additional ten (10) days, until December 29, 2017.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 8th day of December, 2017.

| MAIER GUTIERREZ AYON | JACKSON LEWIS P.C. |
|---|---|
| /s/ Joseph A. Gutierrez | /s/ Lisa A. McClane |
| Joseph A. Gutierrez, Bar No. 9046 | Lisa A. McClane, Bar #10139 |
| Luis A. Ayon, Bar No. 9752 | 3800 Howard Hughes Pkwy., #600 |
| 8816 Spanish Ridge Avenue | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89148 | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | *Las Vegas Bistro, LLC dba Larry Flynt's* |
| *Britney Gooch and Thomas Impastato* | *Hustler Club* |

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated: December 11, 2017

4834-0057-8136, v. 1